**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie BURLEY, Defendant–Appellant.**

**No. 01–6861.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Willie Burley, pro se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, WV, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Willie Burley appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion seeking relief from an earlier district court order denying Burley's 28 U.S.C.A. § 2255 (West 2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Burley,* Nos. CR–94–59; CA–97–186 (N.D.W.Va. May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*